IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTEN CALLAHAN,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.

No. C 03-5116 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ANDREW LEHMANN**

    The *pro hac vice* application of Attorney Andrew Lehmann (Dkt. No. 10) is **DENIED** for failing to specify membership in good standing of a specific United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of the bar of the state of "Michigan" is insufficient under the civil local rules. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: June 7, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE