IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTEN L. CALLAHAN,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

    Defendants.

No. C 13-02181 WHA

**ORDER SETTING HEARING SCHEDULE**

In the interest of judicial efficiency, both pending motions to dismiss (Dkt. Nos. 19, 24) will be heard on the same day: **AUGUST 22 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE