IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTEN L. CALLAHAN,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, CSC CREDIT SERVICES (now part of Equifax Information Services, LLC), TRANS UNION LLC, SUNTRUST MORTGAGE, INC., and ROANOKE VALLEY COMMUNITY CREDIT UNION,

    Defendants.

No. C 13-02181 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court **SETS** a three-hour meet-and-confer in the Court's jury room starting from **10:00 A.M. AND CONTINUING TO 1:30 P.M. (WITH THIRTY MINUTES OFF AT NOON FOR LUNCH) ON MONDAY, DECEMBER 2, 2013**, in the federal courthouse in San Francisco. At **1:30 P.M.**, the Court shall hold a hearing to resolve any remaining discovery issue(s). Defendant's response is due by 9:00 a.m. on November 27. Please buzz chambers to be let into the jury room.

Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 22, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California